# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **Case No. 25-MJ-443-MTS** |
| | ) | |
| **BRYAN OMAR OROZCO-CAHUEX,** | ) | |
| | ) | |
| **Defendant.** | ) | |

## Motion To Withdraw

The United States of America moves this Court for an Order to Withdraw as counsel of record in the above-entitled action. In support of this motion, movant states as follows:

AUSA Aaron Jolly remains on the docket as counsel and will be available to represent the government.

WHEREFORE, the government respectfully requests that AUSA Thomas E. Buscemi be permitted to withdraw in this matter.

Respectfully submitted,

CLINTON J. JOHNSON
United States Attorney


*/s/ Thomas E. Buscemi*
THOMAS E. BUSCEMI, GA Bar #230681
Assistant United States Attorney
110 West Seventh Street, Suite 300
Tulsa, OK 74119
918-382-2700

## Certificate of Service

I hereby certify that on 27th day of May, 2025, I electronically transmitted the foregoing document to the Clerk of Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrant:

Robert Gifford, II
*Defense Counsel*


*/s/ Thomas E. Buscemi*
Thomas E. Buscemi
Assistant United States Attorney

2

**CASE CAPTION**

**ORDER TO WITHDRAW**

Before the Court is counsel's Motion to Withdraw (Doc.#__).  For good cause

shown, the Court finds that the motion should be and is hereby **granted.**

**IT IS THEREFORE ORDERED** that counsel Thomas E. Buscemi, is allowed

to withdraw as counsel for plaintiff.

**DATED** this _____ day of March, 2025.

_____
MARK T. STEELE
UNITED STATES MAGISTRATE JUDGE

3